# United States Court of Appeals
## For the First Circuit

Nos. 09-1038, 09-1953, 09-2184

JOSEPH IANTOSCA, Individually and as Trustee of the Faxon Heights
Apartments Realty Trust and Fern Realty Trust; BELRIDGE
CORPORATION; GAIL A. CAHALY; JEFFREY M. JOHNSTON; BELLEMORE
ASSOCIATES, LLC; MASSACHUSETTS LUMBER COMPANY, INC.,

Plaintiffs, Appellees

v.

STEP PLAN SERVICES, INC.; BENISTAR 419 PLAN SERVICES, INC.,

Defendants, Appellants.

_____

BENISTAR ADMIN SERVICES, INC.; DANIEL CARPENTER; MOLLY CARPENTER;
BENISTAR PROPERTY EXCHANGE TRUST COMPANY, INC; BENISTAR LTD.;
BENISTAR EMPLOYER SERVICES TRUST CORPORATION; CARPENTER FINANCIAL
GROUP, LLC; BENISTAR INSURANCE GROUP, INC.; TRAVELERS INDEMNITY
COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON; TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA,

Defendants.

_____

**ERRATA**

The opinion of this Court, issued on May 3, 2010, should be amended as follows.

On page 6, line 3 of footnote 4, replace "As of creditors' the most recent update" with "As of the creditors' most recent update".